UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANNA

JEROLD WILES,

    Plaintiff,

Case No.:    2:21-cv-01319-MLCF-JVM

v.

TRIPLE S MARINE, LLC.

    Defendant.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**NOW COMES** Plaintiff, by and through counsel undersigned, Harmon, Smith & Vourvoulias, and hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(i).

Respectfully submitted,

HARMON, SMITH & VOURVOULIAS, LLC

/s/George Vourvoulias_____
GEORGE P, VOURVOULIAS, III (#28254)
Attorney for Plaintiff
400 Poydras St., Ste. 1680
New Orleans, LA 70130
504.680.4303, 504.527.5456
georgev@hsv-law.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 7th day of September, 2021 the foregoing was filed using the Court's ECF Filing System and will be served on counsel of record via the Court's ECF system.

/s/ George P. Vourvoulias, III
GEORGE P. VOURVOULIAS, III